**Pedro DIAZ, Plaintiff–Appellant,**

v.

**Doctor "John Doe" BAAN; George Wilkes; Barbara Knight; Hope Harrison, Defendants–Appellees,**

and

**North Carolina Department of Corrections Utilization Review Board, Defendant.**

**No. 02–7645.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Pedro Diaz, Appellant Pro Se. Elizabeth F. Parsons, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Pedro Diaz appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Diaz v. Baan,* No. CA–01–263–5–BR (E.D.N.C. filed Sept. 26, 2002 & entered Sept. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*